CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED

MAY 12 2009

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

ROBERT A. UNGER,
    Petitioner,

Civil Action No. 7:09-cv-00159

**FINAL ORDER**

v.

By:   Hon. James C. Turk
       Senior U.S. District Judge

**SUPERINTENDENT NRADC,**
    Respondent.

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that the above referenced petition for writ of habeas corpus, pursuant to 28 U.S.C. §2254, is **DISMISSED** without prejudice for failure to exhaust state court remedies and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this final order and the accompanying memorandum opinion to the petitioner.

ENTER: This 12th day of May, 2009.

/s/ James C. Turk
Senior United States District Judge